IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 6 2018

CLERK, U.S. DISTRICT COURT
By_____
                Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:17-CR-217-A |
| § | |
| JESUS GONZALEZ-GARCIA § | |

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE
## AND ADJUDGING DEFENDANT GUILTY

After reviewing all relevant matters of record, including the Consent to Administration of Guilty Plea and Allocution by United States Magistrate Judge signed by defendant, JESUS GONZALEZ-GARCIA, on December 6, 2017, and the Report and Recommendation on Plea Before United States Magistrate Judge, and no objections thereto having been filed by defendant, as contemplated by 28 U.S.C. § 636(b)(1), the undersigned district judge concludes that the report and recommendation signed on December 6, 2017, by the magistrate judge on plea of guilty is correct, and it is hereby accepted by the court. Accordingly,

The court finds that when defendant pleaded guilty before the magistrate judge in the above-captioned case, he was fully competent and capable of entering an informed plea, and that his plea of guilty to the offense charged by Count One of the Indictment filed on October 18, 2017, was a knowing and voluntary

plea supported by an independent basis in fact containing each of the essential elements of such offense and that such plea did not result from force, threats, or promises. His plea of guilty to such offense is therefore accepted and he is adjudged guilty of such offense.

Defendant's sentence will be imposed in accordance with the court's scheduling order for sentencing signed December 6, 2017, by the United States Magistrate Judge, as modified by order signed February 12, 2018, by the undersigned.

The court SO ORDERS.

SIGNED February 26, 2018.

_____
JOHN McBRYDE
United States District Judge